IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV172-V

ALLAN BLOCK CORPORATION,            )
                                    )
        Plaintiff,                  )
                                    )            O R D E R
        v.                          )
                                    )
GEOSPEC MATERIALS, LLC D/B/A        )
GEOSPEC ENVIRONMENTS, and           )
BENJAMIN GIBBS HEILMAN, JR.,        )
                                    )
        Defendants.                 )

_____

**THIS MATTER** is before the Court on "Motion For Admission To Practice Pro Hac Vice On Behalf Of Darren B. Schwiebert, Kurt J. Niederluecke and Cynthia L. Bauerly" of Fredrikson & Byron, P.A. in Minneapolis, Minnesota, filed May 6, 2005, appearing for the Plaintiff.  For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), each counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: May 10, 2005

Carl Horn, III
United States Magistrate Judge